Mrs. Adolph Heicke, Assignee of Dave Danzinger, Trading as Central Commission Company, in City and State of New York, Appellee, v. Bank of Mansfield of Mansfield, Missouri, Appellant.

Heard in this court at May term, 1941; opinion filed October 27, 1941. McGlynn & McGlynn, for appellant; John J. Hoban, of counsel; Robertson & Conley and W. E. Knowles, for appellee. Opinion by JUSTICE CULBERTSON. "Not to be published in full."